p.v3

RECEIVED JUN 26 2023 PRO SE OFFICE

United States District Court
for the
Eastern District of New York

Case No. 23-CV-4855-EK

Joshua Adam Schulte,
   Plaintiff,

– v –

MAAT, Warden, Metropolitan Detention Center (MDC),
   Defendant

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

PURSUANT TO 28 U.S.C. § 2241, Pretrial habeas corpus challenge to conditions of confinement

p.2/5

I. The Parties to the Complaint

A. Plaintiff
Joshua Adam Schulte, #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232

B. Defendant
S. Ma'at
Warden, MDC,
United States of America

II. Basis for Jurisdiction

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 to challenge unconstitutional conditions of confinement. See, e.g. Preiser v. Rodriguez, 411 U.S. 475 (1973)

III. Prisoner Status – Pretrial Detainee

IV. Statement of Claim

A. Claim 1: Plaintiff is detained pretrial as a Special Administrative Measures (SAMs) inmate on administrative detention. While detained at MCC, SAMs inmates were given access to roughly half the commissary. When moved to MDC, SAMs inmates were given access to a very small amount of commissary. Then, on January 18, 2023 Warden Ma'at decided the SAMs inmates were not getting tortured enough so restricted their commissary significantly. See Ex. A for pre-1/18/23 commissary and Ex. B for post-1/18/23 commissary; the new commissary is the same used to punish inmates who are detained in disciplinary segregation. Some examples of removed items are: peanut butter, oatmeal, cheese, toothpaste, tea, etc.

This restriction violates federal regulation 28 CFR 541.31(h)(1), which requires administrative detention inmates to have access to general population commissary, whereas (h)(2) details commissary restrictions only to disciplinary segregation. This restriction also violates the Due Process Clause of the Fifth Amendment because it is imposed arbitrarily without any legitimate governmental objective. See Bell v. Wolfish, 441 U.S. 520 (1979). There is no reason administrative detention inmates

should not have access to the full general population commissary — including batteries and a tablet for reading and games.

Plaintiff filed administrative remedies, but never received a response to his BP-8, BP-9, or BP-10; despite requesting a BP-11, he was never provided it; accordingly, all administrative remedies have been exhausted.

B. Claim 2:

Plaintiff and all administrative segregation inmates were provided access to holiday commissaries at MCC and MDC — until in December of 2022, Warden Ma'at decided they should not get holiday commissary any longer; as a result Plaintiff was unable to shop Christmas Commissary in December or Ramadan Commissary in April. This is similarly a violation of federal regulations and Due Process, See, supra.

Plaintiff filed administrative remedies, and actually received a response to his BP-9 whereby the warden declared that Plaintiff had access to holiday commissary despite the clear facts to the contrary — Trust Fund records clearly indicate that neither Mr. Schulte nor any other SAMs inmates had access to purchase holiday commissary. The BP-10 has not answered; and Mr. Schulte was unable to receive a BP-11; accordingly, all administrative remedies have been exhausted.

V. Requested Relief

A. Claim one: Order the BOP to supply administrative segregation inmates with access to the complete full general population commissary

B. Claim two: Order the BOP to ensure administrative segregation inmates

have full and complete access to holiday commissary as general population; and order the BOP to make-up the missed Christmas and Ramadan holiday commissaries by purchasing and providing that commissary to Plaintiff and any others effected.

VI. Exhaustion of Administrative Remedies

As discussed, supra, all administrative remedies were exhausted. BP-8, 9, 10, were filed and either denied or not returned within the allotted time. The MDC refused to provide Central Office BP-11 administrative remedies, which were therefore unavailable. Accordingly, all available administrative remedies have been exhausted.

VII. Previous Lawsuits

No previous lawsuits have ever been dismissed based on "three strikes" rule.

VIII. Certification and Closing

Under Fed. R. Civ. P. 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose; (2) is supported by existing law; (3) the factual contentions have evidentiary support; and (4) the complaint otherwise complies with Rule 11.

I also agree to provide the clerk's office with any address changes. I understand that failure to do so may result in the dismissal of my case.

Dated: June 21, 2023
Brooklyn, NY

Josh Schultz, pro se

# EXHIBIT A

```
(INMATE NUMBER)                    UNIT              MDC BROOKLYN
                                                     COMMISSARY LIST
(INMATE NAME)                      CELL #            K-84 INMATES
                                                     SUBSTITUTE ITEMS
(INMATE SIGNATURE)                 WORK DETAIL       YES        NO
                                                     LIST ITEMS ON OTHER SIDE
```

ALL SALES ARE FINAL. ONCE YOU LEAVE THE DELIVERY AREA, NO CHANGES WILL BE ACCEPTED. THE SPENDING LIMIT IS $160.00 PER SHOP. PRICES ARE SUBJECT TO CHANGE WITHOUT PRIOR NOTICE. STAMPS, COPY CARDS AND O.T.C. MEDICATIONS ARE EXEMPT FROM THE $160.00 SPENDING LIMIT.

K=KOSHER/ D=DAIRY/ U=ORTHODOX UNION/ P=PAREVE/ H=HALAL M=HALAL/ C=HALAL/ KS=KOSHER/ G=GLATT/ ♥=HEALTHY CHOICE

| QTY | STAMPS | PRICE | LIMIT | QTY | COPY CARD/MISC ITEMS | PRICE | LIMIT |
|---|---|---|---|---|---|---|---|
| | FIRST CLASS DOMESTIC STAMP | 0.55 | 20 | | GREETING CARD, BLANK [PK OF 6] | 2.35 | 1 |
| QTY | DRINKS | PRICE | LIMIT | QTY | DRINKS | PRICE | LIMIT |
| **LIMIT FOR SODAS & WATER IS 1.6PK PER SHOP** | | | | | COLOMBIAN COFFEE [K] | 3.50 | 2 |
| | WATER, 6 PACK [K] ♥ | 4.50 | * | | NONDAIRY CREAMER [D] | 1.35 | 2 |
| | JOLLY RANGER | 1.10 | 2 | | SWEETMATE SWEETENER [U,P] | 1.80 | 1 |
| | DECAFFEINATED COFFEE [K] | 3.55 | 1 | | LIPTON TEA BAG [U] | 2.60 | 1 |
| | HOT COCOA, SUGAR FREE [D,U] | 2.85 | 2 | QTY | SNACKS / CANDY / RICE / SOUPS | PRICE | LIMIT |
| | HERBAL TEA, ASSORTED ♥ | 3.55 | 1 | | OATMEAL COOKIES ICED [U,D] | 2.50 | 2 |
| QTY | FOODS / CONDIMENTS / MEALS | PRICE | LIMIT | | GRANOLA BARS, VARIETY ♥ | 3.30 | 2 |
| | SUGAR FREE HONEY | 3.8 | 1 | | CASHEWS [K] ♥ | 4.80 | 2 |
| | MAYONNAISE [U] | 3.80 | 1 | | UNSALTED PEANUTS [K] ♥ | 2.80 | 2 |
| | PEANUT BUTTER [U] | 3.65 | 2 | | DELUXE MIXED NUTS [K] ♥ | 3.55 | 2 |
| | VELVEETA CHEESE BLOCK | 3.70 | 2 | | SNICKER'S BAR, 6/PK [D,U] | 7.60 | 2 |
| | WHITE TUNA POUCH [U,P] ♥ | 3.45 | 2 | | SUGAR FREE CANDY [D,U] | 3.40 | 2 |
| | OATMEAL, ASSORTED [D,U] ♥ | 3.00 | 2 | | FLOUR TORTILLAS [K] | 2.15 | 2 |
| | SUMMER BEEF SAUSAGE LOG | 2.25 | 3 | | MACKEREL FILLETS POUCH [U,P] ♥ | 1.35 | 4 |
| | MOZZARELLA CHEESE [H] | 1.55 | 2 | | EGGPLANT PARMESAN MEAL [U,K,P] | 5.00 | 5 |
| | SALT & PEPPER SHAKERS [U] | 2.95 | 1 | | DARK CHOCOLATE BAR [U,P] | 2.25 | 2 |
| | TURKEY LOG, HONEY PEPPER | 2.25 | 5 | | PROTEIN NUTRITION BAR ♥ | 1.75 | 5 |
| | WHITE CHICKEN POUCH ♥ | 3.85 | 2 | | | | |
| | HOT & SPICY BEEF SAUSAGE LOG [H] | 2.55 | 3 | QTY | HEALTH / HYGIENE / SUNDRY | PRICE | LIMIT |
| | SPAM POUCH | 1.50 | 2 | | COTTON SWAB | 1.10 | 1 |
| | HOT CHILI W/BEANS POUCH | 2.00 | 3 | | COCOA BUTTER STICK | 1.60 | 1 |
| | TURKEY & SWISS STICK | 1.50 | 5 | | PALM BRUSH | 0.50 | 1 |
| | CLUB CRACKERS [K,D] | 6.00 | 2 | | PLAYING CARDS, RED & BLUE | 2.80 | 1 |
| | UNSALTED CRACKERS [U,D] ♥ | 1.95 | 2 | | 9 X 12 ENVELOPE | 0.25 | 5 |
| | COLOSSAL BERRY CRUNCH [U] | 2.80 | 2 | | ENVELOPE, WHITE, BOX OF 50 | 1.75 | 1 |
| QTY | SUNDRIES / MISCELLANEOUS | PRICE | LIMIT | QTY | O.T.C. MEDICATIONS | PRICE | LIMIT |
| | PHOTO ALBUM | 2.80 | 1 | | MAX STRENGTH ANTACID | 3.35 | 1 |
| QTY | HEALTH / HYGIENE / SUNDRY | PRICE | LIMIT | | BAYER ASPIRIN, 325MG, 24 CT | 4.10 | 1 |
| | CLOSE-UP TOOTHPASTE | 2.80 | 1 | | LOPERAMIDE 2MG, 12 CT | 1.40 | 1 |
| | COLGATE W/TARTAR CONTROL | 3.65 | 1 | | LORATADINE ALLERGY 10MG 30 TAB | 3.15 | 1 |
| | SENSODYNE TOOTHPASTE | 9.30 | 1 | | PEPTO BISMOL TABLETS, 30 CT | 7.40 | 1 |
| | TOOTHBRUSH HOLDER | 0.50 | 1 | | LACTASE ENZYME CAPLETS, 32 CT | 6.95 | 1 |
| | TOOTHBRUSH | 0.85 | 1 | | VITAMIN C, 500MG, 100 CT | 3.25 | 1 |
| | DIAL SOAP | 1.30 | 2 | | MULTIVITAMINS, 100 CT | 2.55 | 1 |
| | DOVE SOAP | 2.15 | 2 | | VITAMIN E, 100 IU, 100 CT | 3.50 | 1 |
| | LADIES DEODORANT | 2.45 | 1 | | VITAMIN D3, 400IU, 100 CT | 2.95 | 1 |
| | MALE DEODORANT | 3.50 | 1 | | BLISTEX | 2.60 | 1 |
| | DANDRUFF SHAMPOO | 8.90 | 1 | | IBUPROFEN, 200mg, 50 CT | 2.60 | 1 |
| | H.E 3 IN ONE (HAIR, BODY, SHAMPOO) | 6.20 | 1 | | ALEVE, 220mg, 24 CT | 6.50 | 1 |
| | HAIR CONDITIONER | 5.35 | 1 | | | | |
| QTY | O.T.C. MEDICATIONS | PRICE | LIMIT | | | | |
| | HALLS COUGH DROPS | 2.75 | 1 | | | | |
| | ARTIFICIAL TEARS | 2.25 | 1 | | | | |
| | DOCUSATE, 100MG STOOL SOFTENER | 2.70 | 1 | | | | |
| | AMMONIUM LACTATE 12% LOTION | 6.55 | 1 | | | | |
| | CLOTRIMAZOLE CREAM | 1.60 | 1 | | | | |
| | HYDROCORTISONE CREAM | 1.80 | 1 | | | | |
| | GENERIC LAMASIL 1% | 10.40 | 1 | | | | |
| | DYNAREX A&D OINTMENT, 4 OZ | 3.65 | 1 | | | | |
| | COUGH SYRUP, 4OZ | 4.95 | 1 | | | | |
| QTY | RELIGIOUS ITEMS | PRICE | | INMATES MUST BE LISTED IN SENTRY TO PURCHASE THESE ITEMS [*] | | | |
| | PRAYER RUG * | 8.75 | 1 | | | | |
| | KUFI, WHITE [MALE ONLY] * | 2.50 | 1 | | | | |
| | PRAYER OIL | 3.25 | 1 | | | | |

## GENERAL INFORMATION

1. THE COMMISSARY SHOPPING SCHEDULE IS POSTED IN THE TRULINCS BULLETIN BOARD. ITEMS MAY BE LIMITED WITHOUT PRIOR NOTICE. STAMPS, COPY CARDS & OTC MEDS WILL NOT AFFECT THE LIMIT.
2. ALL COMMISSARY CONCERNS SHOULD BE ADDRESSED USING THE BRO/INMATE TO COMMISSARY MAILBOX IN TRULINCS.
3. DAMAGED MP3 PLAYERS, WATCHES, RADIOS AND HEADPHONES MAY BE RETURNED TO THE MANUFACTURER PER THE WARRANTY, BUT WILL NOT BE AUTHORIZED FOR RETURN TO THE INSTITUTION.
4. ONE ADDITIONAL DELIVERY ATTEMPT WILL BE MADE FOR THOSE INMATES WHO ARE NOT IN THEIR HOUSING UNIT AT THE TIME OF THE SCHEDULED DELIVERY. THE SECOND ATTEMPT WILL BE MADE THE FOLLOWING BUSINESS DAY.
5. THE PRICES FOR THE SWEATSUITS, T-SHIRTS AND SHORTS SIZES 5X-10X ARE HIGHER THAN SMALLER SIZES. CONTACT THE COMMISSARY FOR PRICING.
6. WATCHBANDS [$9.05] AND WATCH BATTERIES [CR2016, CR2025 & CR2032] ARE AVAILABLE UPON REQUEST.
7. INMATES MAY HAVE IN THEIR POSSESSION ONLY 1 EACH OF THE LISTED ITEMS [RADIO, MP3 PLAYER, SNEAKERS, WATCH, MASTERLOCK AND SWEATSUIT] AT A TIME.

EXHIBIT

B

# MDC BROOKLYN
## COMMISSARY LIST
### K-84

COMMISSARY LIST as of 01/18/2023

**79471054** (INMATE NUMBER)

**Schulte, Joshua** (INMATE NAME)

(INMATE SIGNATURE)

**K-84** UNIT

CELL #

WORK DETAIL

ALL SALES ARE FINAL. ONCE YOU LEAVE THE DELIVERY AREA, NO CHANGES WILL BE ACCEPTED. THE SPENDING LIMIT IS $160.00 PER SHOP. PRICES ARE SUBJECT TO CHANGE WITHOUT PRIOR NOTICE.
K=KOSHER/ D=DAIRY/ U=ORTHODOX UNION/ P=PAREVE/ H=HALAL M=HALAL/ C=HALAL/ KS=KOSHER/ G=GLATT/ ☉=HEALTHY CHOICE

| QTY | STAMPS | PRICE | LIMIT |
|---|---|---|---|
| 20 | FIRST CLASS DOMESTIC STAMP | 0.50 | 1 |
|  | FIRST CLASS GLOBAL STAMP | 1.15 | 10 |
|  | FIVE CENT STAMP | 0.05 | 10 |
| **QTY** | **SUNDRY** | **PRICE** | **LIMIT** |
|  | 9 X 12 ENVELOPE | 0.20 | 5 |
|  | ENVELOPE, WHITE, BOX OF 50 | 1.75 | 1 |
| **QTY** | **O.T.C. MEDICATIONS** | **PRICE** | **LIMIT** |
| 1 | IBUPROFEN or ACETAMINOPSE | 2.55 | 1 |
|  | ALLERGY TABLETS, 10MG, 30 CT | 3.15 | 1 |
|  | HALLS COUGH DROPS | 2.50 | 2 |
| **QTY** | **VITAMINS** | **PRICE** | **LIMIT** |
| 1 | VITAMINS MUTLT, 100 CT | 2.50 | 1 |
| **QTY** | **HEALTH / HYGIENE** | **PRICE** | **LIMIT** |
|  | COCOA BUTTER STICK | 1.60 | 1 |
|  | DEODORANT LADIES | 2.45 | 1 |
|  | DEODORANT MALE | 3.50 | 1 |
|  | SOAP DIAL | 1.30 | 2 |
|  | SOAP DOVE | 2.15 | 2 |
| **QTY** | **FOOD/SNACK** | **PRICE** | **LIMIT** |
|  | FLOUR TORTILLAS [K] | 1.95 | 1 |
| 1 | CEREAL CINNAMON TOASTERS | 5.65 | 1 |
|  | CHICKEN POUCH ☉ | 3.85 | 2 |
|  | MACKERAL FILLETS POUCH [U,P] ☉ | 1.00 | 2 |
|  | TUNA POUCH [U,P] ☉ | 3.05 | 2 |
| 1 | TURKEY & SWISS STICK | 1.50 | 2 |
|  | TURKEY LOG | 2.50 | 2 |
|  | DELUXE MIXED NUTS [K] ☉ Cajun | 3.55 | 1 |
|  | UNSALTED CRACKERS [U,D] ☉ Tjalem | 1.80 | 1 |
| 1 | UNSALTED PEANUTS [K] ☉ hot so | 2.80 | 1 |
|  | PROTEIN NUTRITION BAR | 1.75 | 2 |

**GENERAL INFORMATION**
1. THE COMMISSARY SHOPPING SCHEDULE IS POSTED IN THE TRULINCS BULLETIN BOARD. ITEMS MAY BE LIMITED WITHOUT PRIOR NOTICE. STAMPS, COPY CARDS & OTC MEDS WILL NOT AFFECT THE LIMIT.
2. ALL COMMISSARY CONCERNS SHOULD BE ADDRESSED USING THE BRO/INMATE TO COMMISSARY MAILBOX IN TRULINCS.
3. DAMAGED MP3 PLAYERS, WATCHES, RADIOS AND HEADPHONES MAY BE RETURNED TO THE MANUFACTURER PER THE WARRANTY, BUT WILL NOT BE AUTHORIZED FOR RETURN TO THE INSTITUTION.
4. ONE ADDITIONAL DELIVERY ATTEMPT WILL BE MADE FOR THOSE INMATES WHO ARE NOT IN THEIR HOUSING UNIT AT THE TIME OF THE SCHEDULED DELIVERY. THE SECOND ATTEMPT WILL BE MADE THE FOLLOWING BUSINESS DAY.
5. THE PRICES FOR THE SWEATSUITS, T-SHIRTS AND SHORTS SIZES 5X-10X ARE HIGHER THAN SMALLER SIZES. CONTACT THE COMMISSARY FOR PRICING.
6. WATCHBANDS [$9.05] AND WATCH BATTERIES [CR2016, CR2025 & CR2032] ARE AVAILABLE UPON REQUEST.
7. INMATES MAY HAVE IN THEIR POSSESSION ONLY 1 EACH OF THE LISTED ITEMS [RADIO, MP3 PLAYER, SNEAKERS, WATCH, MASTERLOCK AND SWEATSUIT] AT A TIME.

D. STOUT, AW (O)    S. MA'AT, WARDEN

Josh Schulte #79471054
MDC
P.O. Box 329002
Brooklyn, NY 11232




ATTN: New Prisoner Civil Rights Complaint
Pro Se Intake Office
U.S. District Court EDNY
225 Cadman Plaza East
Brooklyn, NY 11201